**DISMISS; and Opinion Filed January 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00684-CV
_____

**ANTHONY PEACE, Appellant**

**V.**

**CARL DAY, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09813**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lewis

Appellant's brief in this case is overdue. By postcard dated August 1, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/David Lewis/
_____
DAVID LEWIS
JUSTICE

130684F.P05

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY PEACE, Appellant

No. 05-13-00684-CV          V.

CARL DAY, Appellee

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-09813.
Opinion delivered by Justice Lewis.
Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CARL DAY recover his costs of this appeal from appellant ANTHONY PEACE.

Judgment entered this 31st day of January, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE